**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7148**

_____

FRANKIE LEE MCGEE,

        Petitioner - Appellant,

    v.

WARDEN OF LIEBER CORRECTIONAL INSTITUTION,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Richard Mark Gergel, District Judge.  (5:21-cv-02777-RMG)

_____

Submitted:  February 21, 2023                      Decided:  February 24, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Frankie Lee McGee, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie Lee McGee seeks to appeal the magistrate judge's report recommending that relief on McGee's 28 U.S.C. § 2254 petition be denied.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The decision McGee seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*